# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:   RICHARD C. KORFF & NANCY L. KORFF           Case Number: 05-76416
6915 CORNWALL DR.                 SSN-xxx-xx-5675 & xxx-xx-7208
JOLIET, IL  60431

Case filed on: 10/13/2005
Plan Confirmed on: 5/8/2006

D Dismissed

Total funds received and disbursed pursuant to the plan: $120,000.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | BARRICK SWITZER LONG ET AL | 2,484.00 | 2,484.00 | 2,484.00 | 0.00 |
|  | Total Legal | 2,484.00 | 2,484.00 | 2,484.00 | 0.00 |
| 041 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | RICHARD C. KORFF | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | BANK OF AMERICA NA | 3,006.16 | 0.00 | 0.00 | 0.00 |
| 002 | GMAC MORTGAGE | 3,296.14 | 3,296.14 | 3,296.14 | 0.00 |
|  | Total Secured | 6,302.30 | 3,296.14 | 3,296.14 | 0.00 |
| 003 | AMERICAN EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | AMERICAN EXPRESS TRAVEL RELATED SERVICES | 297.96 | 297.96 | 180.36 | 0.00 |
| 005 | AMERICAN EXPRESS CENTURION BANK | 23,187.57 | 23,187.57 | 14,035.69 | 0.00 |
| 006 | BANK OF AMERICA NA | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | BANK ONE DELAWARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | SMC | 1,599.67 | 1,599.67 | 968.30 | 0.00 |
| 009 | CAPITAL ONE | 2,489.78 | 2,489.78 | 1,507.09 | 0.00 |
| 010 | CAPITAL ONE | 11,053.04 | 11,053.04 | 6,690.53 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 6,242.60 | 6,242.60 | 3,778.71 | 0.00 |
| 012 | ECAST SETTLEMENT CORPORATION | 12,589.95 | 12,589.95 | 7,620.84 | 0.00 |
| 013 | B-REAL LLC | 17,285.55 | 17,285.55 | 10,463.14 | 0.00 |
| 014 | CITGO / CITI | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CITI CARDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | LVNV FUNDING LLC | 30,672.59 | 30,672.59 | 18,566.46 | 0.00 |
| 017 | LVNV FUNDING LLC | 12,256.02 | 12,256.02 | 7,418.70 | 0.00 |
| 018 | PORTFOLIO RECOVERY ASSOCIATES | 7,798.39 | 7,798.39 | 4,720.45 | 0.00 |
| 019 | CITI CARDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | CITI CARDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | CITIGROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | DIRECT MERCHANT BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | DISCOVER FINANCIAL SERVICES | 10,025.12 | 10,025.12 | 6,068.31 | 0.00 |
| 024 | FBS CARD SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | HOUSEHOLD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | ECAST SETTLEMENT CORPORATION | 10,524.14 | 10,524.14 | 6,370.38 | 0.00 |
| 027 | KOHL'S DEPARTMENT STORE | 284.18 | 284.18 | 172.02 | 0.00 |
| 028 | MARSHALL FIELD | 759.91 | 759.91 | 459.98 | 0.00 |
| 029 | ECAST SETTLEMENT CORPORATION | 11,454.32 | 11,454.32 | 6,933.43 | 0.00 |
| 030 | MOBIL/MBGA BRANCH | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | RETAILERS NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | LVNV FUNDING LLC | 386.79 | 386.79 | 234.13 | 0.00 |
| 033 | SHELL/CITIBANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | ECAST SETTLEMENT CORPORATION | 1,348.98 | 1,348.98 | 816.56 | 0.00 |
| 035 | ROUNDUP FUNDING LLC | 366.44 | 366.44 | 221.81 | 0.00 |
| 036 | WORLD FINANCIAL NETWORK NATIONAL BANK | 520.91 | 520.91 | 315.31 | 0.00 |
| 037 | WELLS FARGO FINANCIAL | 889.85 | 889.85 | 538.64 | 0.00 |
| 038 | WELLS FARGO FINANCIAL | 737.50 | 737.50 | 446.42 | 0.00 |
| 039 | WORLD FINANCIAL NETWORK NATIONAL BANK | 910.24 | 910.24 | 550.98 | 0.00 |
| 040 | WORLD FINANCIAL NETWORK NATIONAL BANK | 1,664.86 | 1,664.86 | 1,007.76 | 0.00 |
| 043 | WELLS FARGO FINANCIAL | 788.56 | 788.56 | 477.32 | 0.00 |
| 044 | PORTFOLIO RECOVERY ASSOCIATES | 10,208.80 | 10,208.80 | 6,179.47 | 0.00 |
|  | Total Unsecured | 176,343.72 | 176,343.72 | 106,742.79 | 0.00 |
|  | Grand Total: | 185,130.02 | 182,123.86 | 112,522.93 | 0.00 |

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $112,522.93 |
| Trustee Allowance: | $7,477.07 |
| Percent Paid Unsecured: | 60.53 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

      /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/24/2008            By  /s/Heather M. Fagan